IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, IRENE MARTINEZ HERNANDEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IRENE MARTINEZ HERNANDEZ, <br><br> Plaintiff, <br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendants. | Case No.: CV 12-01244 FMO <br><br> ORDER AWARDING EAJA FEES <br><br><br> HON. FERNANDO M. OLGUIN <br><br> UNITED STATES MAGISTRATE JUDGE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND NINE HUNDRED FIFTY DOLLARS ($3,950.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 12/12/12                          _____/s/_____
                                                   HON. FERNANDO M. OLGUIN
                                                   U.S. MAGISTRATE JUDGE