IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, IRENE MARTINEZ HERNANDEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IRENE MARTINEZ HERNANDEZ,                  ) | Case No.: CV 12-01244 FMO |
| ) | |
| ) | ORDER |
| Plaintiff,          ) | AWARDING EAJA FEES |
| ) | |
| vs.          ) | |
| ) | |
| MICHAEL J. ASTRUE,          ) | HON. FERNANDO M. OLGUIN |
| Commissioner of Social Security,          ) | |
| ) | UNITED STATES MAGISTRATE |
| Defendants.          ) | JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND NINE HUNDRED FIFTY DOLLARS ($3,950.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.


DATED: 12/12/12                      _____/s/_____
                                     HON. FERNANDO M. OLGUIN
                                     U.S. MAGISTRATE JUDGE